I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 2/26/10

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. ROBINSON,<br><br>　　　　Petitioner,<br><br>vs.<br><br>PEOPLE OF THE STATE OF CALIFORNIA<br><br>　　　　Respondent. | Case No. CV 09-9512-TJH (RNB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 2/24/2010

TERRY J. HATTER, JR.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE